ORIGINAL

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
12/30/2005 4:30 PM
SUE BEITIA, CLERK

**CASE NUMBER:** CV 04-00489HG-KSC

**CASE NAME:** Matthew Kuolt vs. State of Hawaii, Department of Public Safety, et al.

**INTERPRETER:**

**JUDGE:** JUDGE KEVIN S. C. CHANG    **REPORTER:**

**DATE:** 12/30/2005    **TIME:**

**ROOM:**

**COURT ACTION:** EO

Final Pretrial Conference set 1/05/2006 at 9:00 AM has been continued to 1/12/2006 at 9:00 AM before Judge Chang.

cc: all parties via mail


Submitted by: Shari Afuso, Courtroom Manager

April Luria
Roeca Louie & Hiraoka
Davies Pacific Center
841 Bishop St Ste 900
Honolulu, HI 96813

Kendall J. Moser
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI 96813

Matthew Kuolt
A0235531
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
295 US Highway 49 South
Tutwiler, MS 38963-6900