AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW KUOLT, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 04-00489HG-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STATE OF HAWAII, et al. | January 12, 2006 |
| Defendants. | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]   **Decision by Court.** This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Motions for Summary Judgment are GRANTED, as pursuant to the "FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT" filed December 12, 2005, and as pursuant to the "ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION" filed January 12, 2006, wherein supplemental jurisdiction is Declined, and the Action is Dismissed with Prejudice.

cc:   All Counsel and/or Parties of Record

| January 12, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |