Matthew Kuolt
TCCF
295 Hwy 49 South
Tutwiler, MS. 38963

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2006

at 10 o'clock and 50 min. A M
SUE BEITIA, CLERK

In the United States District for the District of Hawaii

| Matthew Kuolt | Civil No. 04-00489-HG-KSC |
| vs. | |
| State of Hawaii Dept of Public Safety et.al. Defendants | Plaintiff appealing the Judges Adoption of Magistrates Findings & Recommendations with Exhibits 1-4 attached |

Comes now Matthew Kuolt Plaintiff pro-se and informa Pauperis to appeal Judges adoption of Magistrates findings & Recommendations to Grant Defendants Summary Judgement And the Judges dismissal of Plaintiffs Complaint with Prejudice.

Attached Herein evidence, Law and arguements and legal papers in support of appeal.

Respectfully Submitted,

Matthew Kuolt

Date- Jan-24-06