Jan-18-06

Dear Chief United States District Judge. Helen Gillmor. I Matthew Kvolt Civil no. 04-00489 HG-KSC Swear under penalty of law I have never received findings and recommendations to Grant Defendants Summary Judgment filed by Magistrate Kevin S.C. Chang. The legal log at Tallahatchie County Correctional Facility will also verify this. I found out about Summary Judgment Granting through Defendants Pretrial Statement on or about Jan 1, 06. not giving me enough time. Please review my opposition enclosed. Thank You.

Sincerely

Matthew Kvolt

Matthew Kvolt.