IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MATTHEW KUOLT, | ) | CIVIL 04-00489 HG-KSC |
| Plaintiff(s), | ) | |
| vs. | ) | |
| STATE OF HAWAII, et al., | ) | |
| Defendant(s). | ) | |

### ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 12, 2005, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Defendants' Motion for Summary Judgment" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 11, 2006.



_____
Helen Gillmor
Chief United States District Judge

*(handwritten annotation: "Never recieved")*