Exhibit 2

Jan-18-06

Dear Clerk,

Can you please send me a findings and recommendation to Grant Defendants' Motion for Summary Judgment filed by Magistrate Kevin S.C. Chang.

Enclosed is page 6 of Kay Bauman's Pretrial Statement this is how I found out that the Defendants have been Granted Summary Judgment also why I filed an opposition to Granting Defendants Summary Judgement Thank You.

Sincerely,

Matthew Knott

Civil No- 04-00489 HG-KSC