Matthew Kuolt
T.C.C.F.
295 Hwy 49 South
Tutwiler, MS 38963
Plaintiff pro se

Exhibit 3

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 01 2005
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

In the United States District Court
For the District of Hawaii

| Matthew Kuolt, Plaintiff, vs. State of Hawaii Department of Public Safety et. al., Defendants | Civil No. 04-00489 HG-KSC<br><br>Plaintiffs Opposition to Defendant Doctor Zienkiewicz Motion for Summary Judgement with Memorandum in Support of Plaintiffs Opposition. |
|---|---|

Plaintiffs Opposition to Defendant Doctor Zienkiewicz Motion for Summary Judgement.

Comes now Plaintiff Matthew Kuolt pro se to hereby move this Honorable Court for an Order granting Plaintiffs Opposition and denying Defendants Motion for Summary Judgement.

Plaintiff has little legal knowledge But will try to demonstrate to the Honorable Court through arguments, law, and records filed here in reasons to deny Defendants motion for Summary Judgement

x (Respectfully Submitted)

Date October 17th 2005

x Matthew Kuolt
Matthew Kuolt
Plaintiff pro se