Matthew Kuolt
T.C.C.F.
295 Hwy 49 South
Tutwiler, MS 38963
Plaintiff pro se

Exhibit 4

In the United States District Court
For the District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2006

at 8 o'clock and 55 min. A M
SUE BEITIA, CLERK

Matthew Kuolt
Plaintiff
vs.
State of Hawaii
Dept of Public Safety
et al
Defendants)

Civil No- 04-00489 HG-KSC

Plaintiffs Opposition to Magistrates Granting Summary Judgement for Defendants

Comes Now Plaintiff Matthew Kuolt pro se and in forma pauperis

Plaintiff declares under the penalty of Law and perjury that the foregoing is true and based on fact and personal knowledge.

Plaintiffs Complaint stems from an assault in which a 290 LB inmate slugged plaintiff in the side of his jaw breaking his jaw and causeing bleeding from ear and mouth and also causeing a prolonged period of confusion and disorentation and serious pain as well as misalignment of teeth & Nerve Damage.

Plaintiff recieved superficial medical examination and treatment on day of assault and was after this superficial medical treatment placed in (the Hole) segragation and recieved superficial treatment afterward up until about 14 days later. Because of continued complaints and escalateing pain he recieved an X-ray revealing a fracture and also revealing that the fracture had fused back together resulting in nerve damage and

page 1 of 3

misalignment of Plaintiff's teeth as well as other complications stemming from the injury and the denial of adequate medical treatment on the day of the Injury.

Plaintiff alleges reckless disregard and reckless indifference in not providing emergency care on day of injury that could have and should have been done concerning a serious painful injury.

Plaintiff alleges Medical Unit and Doctor are not adequately trained and are not following rules and instruction regarding serious injuries as well as haveing demonstrated reckless disregard for emergency needs in the past on other prisoners who also filed lawsuits and also grievanced Medical Unit.

Plaintiff alleges that any reasonable person let alone a Medical Doctor or Medical personal would understand that a high probability existed and a certain likelyhood that Plaintiff's Jaw was broken a good indication is that Blood was flowing from his Mouth and Ear.

Medical Doctor or and Medical personal would understand that a high probability existed and a certainly likelyhood that with out emergency treatment right away (setting of Bone) and other preventive Medical treatment that this would result in future harm, permanent injury, misalignment of Jaw, Nerve damage and or Medical Complications ausing from the denial of Emergency Care and Emergence treatment.

On day of assualt Plaintiff could not adequately communicate his concern for the Broken Jaw and his need for emergency care because of a concussion and confusion (dazed) on day of superficial Medical treatment and day of assualt

page 2 of 3

Plaintiff Claims a Continueing injury atributable to the denial of Emergency Care - and Defendants never adequately explained why the Obvious escaped them in the face of a Serious injury.

This Conduct rises to the level of deliberate indifference reckless indifference and deliberate disregard to adequate Medical Care for a Serious Observable painful injury and plaintiffs Claim reasonable that this Qualifies under

Estelle V. Gamble 97 S.Ct 285
Hunt V. Dental Dept 865 F.2d 198
Ashker V. Calif Dept of Corrections 112 F.3d 392
Jones V. Blanas 393 F.3d 918 at 918 #[1] Federal Courts 75-2

Plaintiffs arguements, Statements and Law are support for his Opposition herein and pray the Honorable Judge will reconsider and deny Defendants Motion for Summary Judgement also plaintiff prays the Honorable Judge will also consider all other Motions and pleading from plaintiff.

Respectfully Submitted

Matthew Knott

Date Jan 5, 2006

Matthew Knott
plaintiff pro se

page 3 of 3

In the United States District Court
For the District of Hawaii

| | |
|---|---|
| Matthew Kuolt<br>Plaintiff<br>Vs.<br>State of Hawaii<br>Dept of Public Safety<br>et, al. Defendants | Cv. 04-00489-HG, KSC<br><br>Certificate of Service |

## Certificate of Service

I hereby Certify that a true and correct copy of the foregoing document was duly served by mail on the following at his last known address Via Mail postage pre paid

Kendall Moser
425 Queen Street
Honolulu, Hawaii 96813
Deputy Attorney General
For Defendants

Date January 24th 2006

x Matthew Kuolt
x Matthew Kuolt
Matthew Kuolt
plaintiff pro-se