# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 1, 2006

To All Counsel of Record as Appellees:

IN RE:   KUOLT v. PUBLIC SAFETY DEPT.
CV CIVIL NO 04-00489 HG-KSC

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 1/30/2006.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,

SUE BEITIA, CLERK

by: George Bartels
Deputy Clerk

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
      MATTHEW KUOLT (appellant)
          w/copy of instructions for civil appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet; CADS