UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.    SHORT CASE TITLE:    KUOLT v. PUBLIC SAFETY DEPT.

U.S. COURT OF APPEALS DOCKET NUMBER: _06-15202_

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

U.S. DISTRICT COURT DOCKET NUMBER: CIVIL NO 04-00489 HG-KSCCV

II    DATE NOTICE OF APPEAL FILED:    1/30/2006

III    U.S. COURT OF APPEALS PAYMENT STATUS:

DOCKET FEE PAID ON:    AMOUNT:

NOT PAID YET:    BILLED:

U.S. GOVERNMENT APPEAL:    FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS? Yes

IF YES, SHOW DATE: 08/23/2004 & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:    DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

RECEIVED CLERK U.S. DISTRICT COURT FEB 13 2006 DISTRICT OF HAWAII

IV    COMPANION CASES, IF ANY:

V.    COMPLETED IN THE U.S. DISTRICT COURT BY:

George Bartels

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)