HG }
KSC } eyf only

cc: PSA

Cv. 04-489
HG-KSC

Feb-10, 2006

Dear Court Clerk,
Please find enclosed legal log
ordered by Magistrate Judge
Kevin S. C. Chang. Showing the
first mail received by Plaintiff
from the Court after December 12,
2005 was 25 days later. And it
was not "Findings and Recommendation
to Grant Defendants' Motions for
Summary Judgment." Only now 02-06-2006
have I received this document. I
Matthew Kuolt swear under penalty
of Law this is true.

Please proceed with my appeal
to the United States Court of Appeals
FOR THE Ninth Circuit

Sincerely,
Matthew Kuolt
Matthew Kuolt

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 14 2006
FEB 1 4 2006

at 11 o'clock and 30 min. A M
SUE BEITIA, CLERK