cannot consider Plaintiff's "appeal," and determine how to proceed, until Plaintiff submits an official copy of the Tallahatchie County Correctional Facility mail log, showing that the December 12 Findings was never received at the prison, and also showing the date or dates that Plaintiff sent the aforementioned letters to the court. After Plaintiff provides the court with verifiable proof that the December 12 Findings was never received at the prison, the court will determine how to proceed with Plaintiff's "appeal." If Plaintiff is unable to provide such documentation, he may appeal the court's decision in this action to the United States Court of Appeals for the Ninth Circuit. Accordingly, Plaintiff is ORDERED to provide a copy of the prison legal and regular mail logs for December 2005, and January 2006, **on or before February 22, 2006.**

　　　　IT IS SO ORDERED.

　　　　Dated: Honolulu, Hawaii, February 1, 2006.




Kevin S.C. Chang
United States Magistrate Judge

Kuolt v. Hawaii, et al., Civ. No. 04-00489 HG/KSC; ORDER TO SHOW CAUSE; dmp/ Non-disp Ords 06/Kuolt 04-489 appeal MSJ

3