## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TELEPHONE
(808) 541-1300
FAX 541-1303

February 2, 2006

Mr. Matthew Kuolt
A0235531 - D6
Tallahatchie County Correctional Facility
295 US Highway 49 South
Tutwiler, MS 38963-6900

RE: Civil 04-00489HG-KSC: Matthew Kuolt vs. State of Hawaii, *et al.*

Dear Mr. Kuolt:

I am in receipt of your letter dated January 18, 2006 in which you state that you did not receive a copy of the Court's *"Findings and Recommendation to Grant Defendants' Motions for Summary Judgment"* filed on December 12, 2005. Accordingly, please find enclosed a copy of the aforementioned document.

Lastly, because we do not have any record of any mailings being returned to our office, you may wish to check with the department in charge of receiving mail at the facility. Our records indicate that the subject Findings and Recommendation was mailed out to you at the TCCF address on December 12, 2005 and should have been received by the facility shortly thereafter.

Very truly yours,

SUE BEITIA, Clerk

by: [signature]

Deputy Clerk

encl.