A-11 (rev. 5/00)

Page 1 of 2



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Matthew Kuolt vs. State of Hawaii Dept of Public Safety, M.D. Ray Bauman, Oahu Community Correctional Center Medical Unit, Dr. Zienkiewicz, Doe Defendants, Clayton Frank | DISTRICT: Hawaii    JUDGE: Helen Gilmore |
|---|---|
| | DISTRICT COURT NUMBER: 04-00489 HG-KSC |
| | DATE NOTICE OF APPEAL FILED: 1/30/2006    IS THIS A CROSS-APPEAL? ☐ YES  No |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): No |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
Inadequate timely medical care for a serious and obvious injury (broken jaw) deliberate indifference - because of inadequate timely care for serious injury permanent injuries occurred, reckless endangerment reckless disregard in not setting broken bone at time of injury (inadequate discovery) supplemental jurisdiction, dismissal with prejudice

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** Inadequate timely medical care for an obvious and serious injury (broken jaw) deliberate indifference, reckless endangerment, reckless disregard, future risk of harm created, pain and suffering and permanent injuries, obvious serious injury observable [pro se status next to no legal knowledge or understanding of how to proceed or argue instant case very limited legal knowledge and litigation] dismissal with prejudice

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):** Never received findings and recommendation to grant defendants' motions for summary judgment. Only now 02-06-2006 have I received this important document. Having no information for my opposition.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

**LOWER COURT INFORMATION**

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☐ FEDERAL QUESTION<br><br>☐ DIVERSITY<br><br>☐ OTHER (SPECIFY): | ☐ FINAL DECISION OF DISTRICT COURT<br><br>☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br><br>☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL/JURISDICTION<br>☐ DISMISSAL/MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT/COURT DECISION<br>☐ JUDGMENT/JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☐ OTHER (SPECIFY): | ☐ DAMAGES:<br>  SOUGHT $_____<br>  AWARDED $_____<br>☐ INJUNCTIONS:<br>  ☐ PRELIMINARY<br>  ☐ PERMANENT<br>  ☐ GRANTED<br>  ☐ DENIED<br>☐ ATTORNEY FEES:<br>  SOUGHT $_____<br>  AWARDED $_____<br>  ☐ PENDING<br>☐ COSTS: $_____ |

**CERTIFICATION OF COUNSEL**

I CERTIFY THAT:
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

pro se plaintiff   _Matthew Kualt_   Feb-7-06
                   Signature          Date

**COUNSEL WHO COMPLETED THIS FORM**

NAME: Matthew Kualt - Pro se
FIRM:
ADDRESS: TCCF 295 Hwy 49 South
  Tutwiler, MS 38963
  D-6
E-MAIL:
TELEPHONE:
FAX:

✳THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✳
✳IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✳