Matthew Kuolt
TCCF
295 Hwy 49 South.
Tutwiler, MS. 38963
D-6

United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850-0338
CLERK


