March-6-06

Dear Clerk,

My name is Matthew Kvolt No. 06-15202 D.C. No. Cv-04-00489-KSC

I have changed addresses my new adress is:

Matthew Kvolt-2B
Halawa Correctional Facility
99-902 Moanalua Road
Aiea, Hawaii 96701

Sincerely,

Matthew Kvolt

*Matthew Kvolt*

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 0 6 2006
DISTRICT OF HAWAII

THIS CORRESPONDANCE IS FROM AN INMATE AT A CORRECTIONAL FACILITY

CONFIDENTIAL

PD 3/6/06





Matthew Kuoit - 2B
Halawa Correctional Facility
99-902 Moanalua Road
Aiea, Hawaii 96701

HONOLULU HI 968
06 MAR 2006 PM 5 T

United States District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii 96850-0338