4/10/06

Dear Court Clerk,

I am not sure how to fill out transcript Designation & Ordering Form.

But I would like the U.S. Court of Appeals For the Ninth Circuit to have access to all records in this case. Thank you.

Sincerely
Matthew Kuolt

*Matthew Kuolt*

U.S. Court of Appeals Case No. 06-15202

U.S. District Court Case No. Cv. 04-00489-KSC

**RECEIVED**
CLERK U.S. DISTRICT COURT
APR 1 1 2006
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _06-15202_    U.S. District Court Case No. _CV. 04-00489-KSC_

Short Case Title _Kvolt v. Public Safety Dept. et al_

Date Notice of Appeal Filed by Clerk of District Court _1/30/2006_

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____ Estimated date for completion of transcript _____

Print Name of Attorney _____ Phone Number _____

Signature of Attorney _____

Address _____

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
    (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                           BY:
(U.S. District Court Clerk)          (date)              DEPUTY CLERK

Mathew Kuolt - 2B
HCF
B-902 Moanalua Road
Aiea, Hawaii 96701

CONFIDENTIAL

THIS CORRESPONDANCE IS FROM AN INMATE AT A CORRECTIONAL FACILITY

CONFIDENTIAL

CONFIDENTIAL

4/10/06

CONFIDENTIAL

HONOLULU HI 968
20 APR 2006 PM
CONFIDENTIAL

United States District Court
District of Hawai'i
Office of the Clerk
300 Ala Moana Blvd. Rm C-338
Honolulu, Hawaii 96850