FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2006

at 8 o'clock and 4 min. __M
SUE BEITIA, CLERK

6/13/06

Dear Clerk,

Here is plaintiff Matthew Kuolts new adress:

Matthew Kuolt % Raymond
677 Ala Moana Blvd. #226
Honolulu, Hawaii 96813

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 20 2006
DISTRICT OF HAWAII

U.S. Court of appeals No. 06-15202
Lower Court No. CV-04-00489-KSC

Sincerely,

Matthew Kuolt
Matthew Kuolt