

Matthew Kuolt c/o Raymond
677 Ala Moana Blvd #226
Honolulu, Hawaii 96813

United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawaii 96850-0338
CLERK