UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 2 2 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MATTHEW KUOLT,

        Plaintiff - Appellant,

V.

DEPARTMENT OF PUBLIC SAFETY,
STATE OF HAWAII; et al.,

        Defendants - Appellees.

No. 06-15202

D.C. No. CV-04-00489-KSC

**ORDER**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

      A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

      Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

      A certified copy of this order sent to the district court shall act as and for the mandate of this court.



FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Marian Foreman
Deputy Clerk