INTERNAL USE ONLY: Proceedings include all events.
06-15202 Kuolt v. DPS, State of Hawaii, et al

MATTHEW KUOLT                          Matthew Kuolt
      Plaintiff - Appellant            C/O Raymond #226
                                       [NTC prs]
                                       677 Ala Moana Boulevard
                                       Honolulu, HI 96813


   v.

DEPARTMENT OF PUBLIC SAFETY,           Cindy S. Inouye, Esq.
STATE OF HAWAII                        FAX           808
      Defendant - Appellee             808/523/4859
                                       [COR LD NTC dag]
                                       AGHI - OFFICE OF THE HAWAII
                                       ATTORNEY GENERAL
                                       425 Queen St.
                                       Honolulu, HI 96813


M. D. KAY BAUMAN, Medical              April Luria
Director- Department of Public         808/538-7500
Safety, State of Hawaii; sued          Suite 900
in her personal and official           [COR LD NTC ret]
capacity                               ROECA, LOUIE & HIRAOKA
      Defendant - Appellee             841 Bishop Street
                                       Honolulu, HI 96813


OAHU COMMUNITY CORRECTIONAL            Cindy S. Inouye, Esq.
CENTER MEDICAL UNIT                    (See above)
      Defendant - Appellee             [COR LD NTC dag]


ZIENKIEWICZ, Dr., individually         Cindy S. Inouye, Esq.
and official capacities                (See above)
      Defendant - Appellee             [COR LD NTC dag]


CLAYTON FRANK, Former Warden           Cindy S. Inouye, Esq.
of Oahu Community Correctional         (See above)
Facility (OCCC) in his                 [COR LD NTC dag]
individual capacity and
official capacity
      Defendant - Appellee