# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 242613 |
|---|---|
| Trans | 149768 |

Received From:   **MATTHEW KUOLT**
Case Number:
Reference Number:   CV 04-489 HG

|  | Check | 28.26 |
|---|---|---|
|  | Total | 28.26 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 28.26 |
|  |  | **Total** | **28.26** |
|  |  | Tend | 28.26 |
|  |  | Due | 0.00 |

02/15/2008 02:13:18 PM       Deputy Clerk:  ag/AG