# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 242614 |
|---|---|
| Trans | 149769 |

Received From:  **MATTHEW KUOLT**
Case Number:
Reference Number:  CV 04-489  HG

|  | Check | 28.26 |
|---|---|---|
|  | Total | 28.26 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 28.26 |
|  | **Total** | | **28.26** |
|  | Tend | | 28.26 |
|  | Due | | 0.00 |

02/15/2008 02:14:04 PM    Deputy Clerk:  ag/AG