# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt     243504

Trans       151045

Received From:   **MATTHEW KUOLT**

Case Number:

Reference Number:   CV 04-489  HG

|                          |         | Check | 8.08 |
|--------------------------|---------|-------|------|
|                          |         | Total | 8.08 |

| Description       | Fund    | Qty | Amount |
|-------------------|---------|-----|--------|
| CV PRISONER FILING| 5100PL  | 1   | 8.08   |

Total   8.08

Tend    8.08

Due     0.00

05/08/2008 01:41:03 PM       Deputy Clerk:  ag/AG