# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 243505 |
|---|---|
| Trans | 151046 |

Received From: **MATTHEW KUOLT**

Case Number:

Reference Number:   CV 04-489  HG

|  | Check | 33.00 |
|---|---|---|
|  | Total | 33.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 33.00 |
|  | **Total** | | 33.00 |
|  | Tend | | 33.00 |
|  | Due | | 0.00 |

05/08/2008 01:41:55 PM      Deputy Clerk:  ag/AG